Anita Susan Brenner, Esq. SBN 058741
LAW OFFICES OF TORRES & BRENNER
301 E. Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

Attorney(s) for: Plaintiff David M. Albin, M.D.

E-FILED 02/11/14

JS-6

**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. ALBIN, M.D.<br><br>Plaintiff(s),<br>v.<br>TRUSTMARK INSURANCE COMPANY; and DOES 1 through 50,<br><br>Defendant(s). | CASE NUMBER<br>2-13-cv-5788-PSG (AGRx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) ; ORDER |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 7, 2014
Date

*Signature of Attorney/Party*

IT IS SO ORDERED.
DATED: 02/11/14

**U.S. DISTRICT JUDGE**

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## **CERTIFICATE OF SERVICE**

Case Name:   Albin v. Trustmark Insurance Company, et al.

USDC No.:   2-13-cv-5788-PSG (AGRx)

I hereby certify that on February 7, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/EFC system:

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 7, 2014, at Pasadena, California.

_____
Dora E. Partida, Declarant

C:\Users\idalia\Documents\WPDATA-IGG\ALBIN\PLEADING-ALBIN v TRUSTMARK\POS-DISMISSAL.wpd